**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS

FILED
MAY 2 2 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

In the Matter of

ISAIAH HICKS

Case Number: 08 CR 401-1

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

I. Hicks

| (A) | (B) |
|---|---|
| SIGNATURE: *[signed] Nathan Diamond-Falk* | SIGNATURE: |
| NAME: NATHAN DIAMOND-FALK | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: 820 W. JACKSON #310 | STREET ADDRESS: |
| CITY/STATE/ZIP: CHICAGO, ILL. 60607 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 466-9450 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 0629834 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.