# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 1 | **DATE** | 5/27/2008 |
| **CASE TITLE** | USA vs. Isaiah Hicks | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 6/6/2008 at 10:30 a.m. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|