Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - ALL | **DATE** | 05/29/08 |
| **CASE TITLE** | USA vs. Isaiah Hicks, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's Motion for a Protective Order [68] is granted in part and denied in part as stated in open court. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|

08CR401 - ALL USA vs. Isaiah Hicks, et al

Page 1 of 1