UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 401 |
| | ) | |
| v. | ) | Chief Judge James F. Holderman |
| | ) | |
| ISAIAH HICKS, et. al. | ) | |
| | ) | |

**NOTICE OF MOTION**

_____Please take notice that on at 9:30 a.m. on June 17, 2008, I shall appear before Chief Judge James F. Holderman and present the attached Government's First Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h), a copy of which is hereby served on you.

By:/s/ Stephen A. Kubiatowski
STEPHEN A. KUBIATOWSKI
SHARON R. FAIRLEY
ERIK HOGSTROM
Assistant United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-0589

*CERTIFICATE OF SERVICE*

I, STEPHEN A. KUBIATOWSKI, certify that on June 11, 2008, I caused the Government's Notice of Motion to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division; and (2) a copy thereof mailed to:

*See* Attached Service List