# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Isaiah Hicks et al | | |

**DOCKET ENTRY TEXT**

Government's first motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [164] is granted. ENTER ORDER: It is ordered that the time within which to return an indictment against the defendants be extended from June 19, 2008 to and including August 22, 2008. X-T
Further, the defendants Patrick Jones, Joshua McElroy, Clifton Harelson and Johnnie Level Young are given until 7/3/2008 to file an objections to the government's motion.

■ [ For further detail see separate order(s).]                                                  Docketing to mail notices.

|  | Courtroom Deputy Initials: | AMM |
|---|---|---|